# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Frank S. Cammarata, et al.

**Plaintiff,**

**V.**

Kelly Capital, LLC, et al.

**Defendant.**

**Civil Action No.** 17cv346-BEN(AGS)

**CERTIFICATION OF JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on 8/18/2020.

I also certify that, as appears from this court's records, no motion listed in Fed.R.App.P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, that it is no longer pending.

**Date:** 10/20/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By: s/ M Exler

, Deputy